# EXHIBIT A

## Dejong, Kyle P.

| | |
|---|---|
| **From:** | Dejong, Kyle P. |
| **Sent:** | Friday, July 09, 2010 9:12 AM |
| **To:** | Marcin Malarz; <mmalarz@malarzeqi.com> |
| **Subject:** | RE: Securities and Exchange Commission Subpoenas |
| **Attachments:** | 6-30-10 Malarz Subpoena.pdf; 6-30-10 MEI Subpoena.pdf |

Mr. Malarz,

Thank you for your email. Attached are electronic copies of the subpoenas issued to you and Malarz Equity Investments, LLC by the United States Securities and Exchange Commission on June 30, 2010. Please contact me (312-886-0897) after you have reviewed.

Regards,

Kyle De Jong

---

**From:** Marcin Malarz [mailto:mankpm@yahoo.com]
**Sent:** Thursday, July 08, 2010 11:54 PM
**To:** Dejong, Kyle P.
**Cc:** <mmalarz@malarzeqi.com>
**Subject:** Re: Securities and Exchange Commission Subpoenas

Mr. De Jong,

I'm in Europe and I have not received any subpoenas. Spoke with my wife; however, she said nothing was served to me in the past two weeks. Please forward the subpoenas electronically, so I can comply and discuss it with you. I want to manage my time to accommodate you requests.

Kindest regards,

Marcin Malarz


On Jul 7, 2010, at 14:51, "Dejong, Kyle P." <DejongK@SEC.GOV> wrote:

> Mr. Malarz,
>
>
> Per my voicemails, I write to follow-up on the subpoenas issued to you and Malarz Equity Investments, LLC by the United States Securities and Exchange Commission on June 30, 2010. Please contact me (312-886-0897) at your earliest convenience to discuss compliance with the requests contained therein.
>
>
> Regards,

Kyle De Jong

Kyle P. De Jong

U.S. Securities & Exchange Commission

175 West Jackson Blvd.

Chicago, Illinois 60604

312-886-0897 (direct)

312-353-7398 (fax)

dejongk@sec.gov

This page intentionally left blank.

## Dejong, Kyle P.

| | |
|---|---|
| **From:** | marcin malarz [mankpm@yahoo.com] |
| **Sent:** | Monday, July 12, 2010 3:00 PM |
| **To:** | Dejong, Kyle P. |
| **Subject:** | RE: Securities and Exchange Commission Subpoenas |

Mr. De Jong,

I'm sorry, it was not intended to be sent to you.  I will call you tomorrow to discuss the subpoenas.

Regards,

Marcin Malarz

--- On **Mon, 7/12/10, Dejong, Kyle P. <*DejongK@SEC.GOV*>** wrote:

From: Dejong, Kyle P. <DejongK@SEC.GOV>
Subject: RE: Securities and Exchange Commission Subpoenas
To: "Marcin Malarz" <mankpm@yahoo.com>
Date: Monday, July 12, 2010, 2:33 PM

Mr. Malarz,


It appears that your response below is in Polish.  I would appreciate it if you could respond in English.


Regards,


Kyle De Jong



From: Marcin Malarz [mailto:mankpm@yahoo.com]
Sent: Saturday, July 10, 2010 12:21 PM
To: Dejong, Kyle P.
Subject: Re: Securities and Exchange Commission Subpoenas


FYI.  Romek niech napisze ze nie posiafa zadnych dokumentow tylko ja.  On byl tylko pracownikiem.

Marcin

On Jul 9, 2010, at 9:11, "Dejong, Kyle P." <DejongK@SEC.GOV> wrote:

    Mr. Malarz,

    Thank you for your email.  Attached are electronic copies of the subpoenas issued to you and Malarz Equity Investments, LLC by the United States Securities and Exchange Commission on June 30, 2010.  Please contact me (312-886-0897) after you have reviewed.

Regards,

Kyle De Jong

**From:** Marcin Malarz [mailto:mankpm@yahoo.com]
**Sent:** Thursday, July 08, 2010 11:54 PM
**To:** Dejong, Kyle P.
**Cc:** <mmalarz@malarzeqi.com>
**Subject:** Re: Securities and Exchange Commission Subpoenas

Mr. De Jong,

I'm in Europe and I have not received any subpoenas.  Spoke with my wife; however, she said nothing was served to me in the past two weeks.  Please forward the subpoenas electronically, so I can comply and discuss it with you.  I want to manage my time to accommodate you requests.

Kindest regards,

Marcin Malarz

On Jul 7, 2010, at 14:51, "Dejong, Kyle P." <DejongK@SEC.GOV> wrote:

Mr. Malarz,


Per my voicemails, I write to follow-up on the subpoenas issued to you and Malarz Equity Investments, LLC by the United States Securities and Exchange Commission on June 30, 2010. Please contact me (312-886-0897) at your earliest convenience to discuss compliance with the requests contained therein.


Regards,


Kyle De Jong


Kyle P. De Jong

U.S. Securities & Exchange Commission

175 West Jackson Blvd.

Chicago, Illinois 60604

312-886-0897 (direct)

312-353-7398 (fax)

dejongk@sec.gov



<6-30-10 Malarz Subpoena.pdf>

<6-30-10 MEI Subpoena.pdf>

## Dejong, Kyle P.

| | |
|---|---|
| **From:** | Dejong, Kyle P. |
| **Sent:** | Friday, July 30, 2010 3:39 PM |
| **To:** | marcin malarz; '<mmalarz@malarzeqi.com>' |
| **Subject:** | RE: SEC Subpoenas |

Mr. Malarz,

I am writing to confirm that you will testify on August 19 at 9:30 a.m. at the Commission's Chicago Regional Office, located at 175 W. Jackson Blvd., Suite 900, Chicago, Illinois 60604. You can also send your production to my attention at that address. If you have any questions, do not hesitate to contact me.

Regards,

Kyle De Jong
U.S. Securities & Exchange Commission
312-886-0897

---

**From:** marcin malarz [mailto:mankpm@yahoo.com]
**Sent:** Monday, July 26, 2010 11:05 AM
**To:** Dejong, Kyle P.
**Subject:** RE: SEC Subpoenas

Mr. De Jong,

I prefer to meet with you on the 19th. I will start producing the documents this week.

Regards,

Marcin Malarz

--- On **Fri, 7/23/10, Dejong, Kyle P. <_DejongK@SEC.GOV_>** wrote:

From: Dejong, Kyle P. <DejongK@SEC.GOV>
Subject: RE: SEC Subpoenas
To: "Marcin Malarz" <mankpm@yahoo.com>, mmalarz@malarzeqi.com
Date: Friday, July 23, 2010, 1:45 PM

Mr. Malarz,


I am writing to follow-up on my correspondence dated July 13, 2010. Do you have an estimate regarding when you expect to begin producing documents responsive to the subpoenas? Also, I had proposed August 18 or 19 for your testimony. Please let me know which date you prefer. If you have any questions, please do not hesitate to contact me.

Regards,


Kyle De Jong



---

**From:** Dejong, Kyle P.
**Sent:** Tuesday, July 13, 2010 9:16 AM
**To:** Marcin Malarz; <mmalarz@malarzeqi.com>
**Subject:** SEC Subpoenas


Mr. Malarz,


Please see the attached correspondence.

Regards,


Kyle De Jong



Kyle P. De Jong

U.S. Securities & Exchange Commission

175 West Jackson Blvd.

Chicago, Illinois 60604

312-886-0897 (direct)

312-353-7398 (fax)

dejongk@sec.gov

**Dejong, Kyle P.**

| | |
|---|---|
| **From:** | Marcin Malarz [mankpm@yahoo.com] |
| **Sent:** | Friday, August 20, 2010 1:00 AM |
| **To:** | Dejong, Kyle P. |
| **Subject:** | Re: RE: |

Mr. De Jong,

2nd will work for me.

Thank you,


Marcin Malarz


On Aug 19, 2010, at 9:26, "Dejong, Kyle P." <DejongK@SEC.GOV> wrote:

Mr. Malarz,

We can reschedule for either September 1 or September 2.  Please choose whichever date works better for you.  Irrespective of which date you select, we will need to start at 9:30 a.m. Also, we still have not received any documents in response to the subpoenas.  Please produce documents as soon as possible.

Regards,

Kyle De Jong
U.S. Securities & Exchange Commission


-----Original Message-----
From: Marcin Malarz [mailto:mankpm@yahoo.com]
Sent: Thursday, August 19, 2010 12:00 AM
To: Dejong, Kyle P.
Subject:

Mr.  De Jong,

I'm sorry but I can't make it today.  Please for the last time reschedule my testimony between 08.30 and 09.17.

Regards,

Marcin Malarz

# EXHIBIT B

Gmail - First payment status





# First payment status

6 messages

---

**lee-vicki@** ~~███████████████~~ **Thu, Jan 21, 2010 at 8:19 PM**
To: ~~████████~~

Hi Aurthur,

Marcin had stated in our last meeting that you had the checks and are able to distribute to us once money is in.

Please answer me the following questions:

1. Are you able to verify check is cleared from 5/3 bank as 1/21/2010?

2. Are you able to ask banker if second check being deposited? Marcin stated that he will fedex the check to banker on last meeting.


Per phone call that I had with you at the end of year, you stated that you are able to check the bank with check status. We would like to find out what information you received. We had not received any email update from you and would like to find out the status.

From Vickie and Christina Lee.

Thanks

---

**A&G** ~~███████████~~ **Fri, Jan 22, 2010 at 9:15 AM**
To: lee-vicki@ ~~██████~~
Cc: marcin malarz <mankpm@yahoo.com>

Hi Christina and Vicki,

I do have pre-signed checks that were requested when Marcin told us of the deposit of the check in preparation of a quick distribution. The checks do not have any value associated with it as we do not know what the final amount is. As such, I do not have any authority with the bank or am able to get any information from them. Marcin is the only person with authority and access.

We are waiting for his return and the clearing of the check. Marcin indicated he would get a response from the bank to us today.

I will notify you as the situation develops.

Regards,

Arthur
[Quoted text hidden]

---

**marcin malarz <mankpm@yahoo.com>** **Fri, Jan 22, 2010 at 9:29 AM**
To: lee-vicki@ ~~████████~~

Yes, I should have written update from the bank today. Also, I'm working on the final payment.

**6-16-10 LIN000387**

Blessings,

Marcin

--- On **Fri, 1/22/10**, A&G ⬛⬛⬛⬛⬛⬛⬛ wrote:

> From: A&G <⬛⬛⬛⬛⬛⬛⬛
> Subject: Re: First payment status
> To: lee-vicki@⬛⬛⬛⬛
> Cc: "marcin malarz" <mankpm@yahoo.com>
> Date: Friday, January 22, 2010, 9:15 AM
> [Quoted text hidden]

---

**A&G** <⬛⬛⬛⬛⬛⬛⬛                                        **Fri, Jan 22, 2010 at 10:25 AM**
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

FYI. Update from Marcin after numerous attempts at contacting him. Will advise of future developments.

---------- Forwarded message ----------
From: **marcin malarz** <mankpm@yahoo.com>
Date: Fri, Jan 22, 2010 at 9:29 AM
Subject: Re: First payment status
To: A&G <⬛⬛⬛⬛⬛⬛⬛

Yes, I should have written update from the bank today. Also, I'm working on the final payment.

Blessings,

Marcin

---

**Todd Okamoto** ⬛⬛⬛⬛⬛⬛⬛                               **Fri, Jan 22, 2010 at 11:03 AM**
To: ⬛⬛⬛⬛⬛⬛⬛, Marcin Malarz <mankpm@yahoo.com>

Art, send me Marcin's address. I will see you there tomorrow for breakfast.

Marcin, you told us we could come to your house if the payment wasn't made by Jan 22. I like my eggs over easy :-)

Date: Fri, 22 Jan 2010 10:25:48 -0600
Subject: Fwd: First payment status
From ⬛⬛⬛⬛⬛⬛
[Quoted text hidden]

---

Hotmail: Trusted email with powerful SPAM protection. Sign up now.

---

**marcin malarz** <mankpm@yahoo.com>                      **Fri, Jan 22, 2010 at 12:19 PM**
To: ⬛⬛⬛⬛⬛⬛⬛, Todd Okamot ⬛⬛⬛⬛⬛⬛⬛

:-) I will cook for u once Im in my house

--- On **Fri, 1/22/10**, Todd Okamoto ⬛⬛⬛⬛⬛⬛⬛ wrote:

**6-16-10 LIN000388**

From: Todd Okamoto ◄▬▬▬▬▬▬▬▬▬▬►
Subject: RE: First payment status
To: "Art Lin" ▬▬▬▬▬▬▬▬▬  "Marcin Malarz" <mankpm@yahoo.com>
Date: Friday, January 22, 2010, 11:03 AM
[Quoted text hidden]

**This page intentionally left blank.**

Gmail - Cases

 

# Cases
47 messages

---

**marcin malarz <mankpm@yahoo.com>**                          **Wed, Jan 27, 2010 at 4:29 AM**
To:

Arthur,

I will have more documents filed. I was assure that money will be return to me. All documents will be filed and we will win ll of the down payment back plus monthly payment. This is what I have been working on. The first case I had yesterday with my house in barrington and they did not take it away but just took of the list of auction and forclouser after I recorded the fraud. My lawyers is claiming we will win everything so you need to keep Kevin away from FBI because if he does we are all loosing. I will send you all the documentation that was sent plus the service notes from register mail. You will get the progress on both. I copy right my signature and name so you will see on the paperwork the new signature. It all in your hands now.

Thanks,

Marcin

---

**8 attachments**

📄 **MDOCS1.pdf**
392K

📄 **MDOCS2.pdf**
499K

📄 **MDOCS3.pdf**
413K

📄 **MDOCS4.pdf**
557K

📄 **MDOCS5.pdf**
416K

📄 **MDOCS6.pdf**
579K

📄 **MDOCS7.pdf**
626K

📄 **MDOCS8.pdf**
563K

---

**A&G**                                                       **Wed, Jan 27, 2010 at 10:15 AM**
To: marcin malarz <mankpm@yahoo.com>

Marcin,

None of the documents have anything to do withe the payment for the sale of the software. What is situation with the

**6-16-10 LIN000393**

funding of the check?

The expectation is the availability of $3 million to investors as return of capital. Any documents to support the sale and the funding of the checks.

Let me help manage the expectations by providing documents regarding the sale of the software or progress in the clearing of the checks.

Please respond as soon as you can as I have received numerous calls this morning already. Please respond to Brad Forcier as he is on the brink of bankruptcy.

Looking forward to your response.

art

[Quoted text hidden]

---

**marcin malarz <mankpm@yahoo.com>**  
To: A&G                    **Wed, Jan 27, 2010 at 10:51 AM**

OK. I do everything to pay the investors. I have no money for gas, electricity nor insurance. My wife is and the end of the rope and all I get is constant FBI threats and the people call themselves Christians. Nobody will win only banks. Check did not clear nor return which does not give me any answers from the buyer. The accusation that the check is fraud is a low blow two. Why would I do something that would put me for 25 years in prison for check fraud. As soon as I know I will let everybody know.

> **From:**
> **To:** marcin malarz <mankpm@yahoo.com>
> **Sent:** Wed, January 27, 2010 5:15:04 PM
> **Subject:** Re: Cases
> [Quoted text hidden]

---

**Gmail**                    **Wed, Jan 27, 2010 at 11:00 AM**
To: marcin malarz <mankpm@yahoo.com>

Thanks for the honest response. Do you mind if I forward it to investors so they can see the sincerity.
[Quoted text hidden]

[Quoted text hidden]

---

**marcin malarz <mankpm@yahoo.com>**                    **Wed, Jan 27, 2010 at 11:03 AM**
To:

Yes, I have nothing to hide. All I want is peace after I'm done paying off everybody. I'm sorry that everybody is struggling because of my decisions.

> **From:**
> **To:** marcin malarz <mankpm@yahoo.com>
> **Sent:** Wed, January 27, 2010 6:00:57 PM
> **Subject:** Re: Cases
> [Quoted text hidden]

---

**Wed, Jan 27, 2010 at 6:05 PM**

**This page intentionally left blank.**

Gmail ·.Fw: Update



A&G Lin <lcmg12@gmail.com>

---

# Fw: Update
14 messages

---

**marcin malarz <mankpm@yahoo.com>**          Thu, Feb 4, 2010 at 4:06 PM
To: lee-vicki███████████████████████████████████████████████████████████

---

----- Forwarded Message ----
**From:** marcin malarz <mankpm@yahoo.com>
**To:** lee-vick██████████████████████████████████████████████████

**Sent:** Thu, February 4, 2010 1:24:40 PM
**Subject:** Update

Dear Investors,

I would like to give you the update what is going on with the software sale and properties legal update. As you all know the check has not clear yet. At that point I told the buyer that I need the full amount of money due to me because I can not finish the project. We reached the mutual agreement that he will deposit the money on the account that I only have access to and I will finish the project, the bank will be the person to release the money to me not him. The money can not be return to him. This is my account so I will be able to drawn from it once the final codes are provided. At this point I told him its not the matter of trust ( I don't trust him) but the principle of business. I told him I can not continue with the project because I can' pay my developers ( which is true we run out of the money six weeks ago) so I have to show them that we have money just have to finish the project. But this is for you investors to be sure we are covered. This process is very hard for me because of the fact that I have exploited all of resources on the project and we need to be covered. The bank information will be provided to you investors with the officer name and copy of all the paper work shortly. The time is my only enemy at this time. Moreover, as far as condominiums project Harris is delaying the process not me, the civil cases were postpone until the March 19 because we feel they will negotiate the deal with me. I started criminal case also against the judge and the attorneys because of the fraud and bribery on the money that the receiver is stilling form my accounts. Two criminal investigators from Cook County received the evidence, I also send to senator D. Durbin. All parties were served. I'm desperate to fight for what is mine and yours, I will not let the bank win, and loos my family. Next few days will show the progress. Thank you for you understanding and patience. We will win and close all the deals we started together.


Kindest regards,


Marcin

---

**susan kuo** ████████████████          Thu, Feb 4, 2010 at 4:31 PM
T████████████████

Arthur

I don't understand Marcin email, can you explain to me more detail?
when will  he receive the money?

----- Forwarded Message ----

6-16-10 LIN000420

# EXHIBIT C

## Seeger, Steven C.

| | |
|---|---|
| **From:** | Seeger, Steven C. |
| **Sent:** | Friday, October 12, 2012 5:37 PM |
| **To:** | 'mmalarz@malarzeqi.com'; 'mankpm@yahoo.com' |
| **Subject:** | SEC v. Malarz et al. |

Mr. Malarz -- I am attaching a copy of a Complaint that the United States Securities and Exchange Commission filed against you in the United States District Court for the Northern District of Illinois. I also am attaching a copy of a summons.

Please let me know your current address so that I can send you a hard copy.

Also, do you have an attorney?

Thank you.

Steve Seeger
(312) 353-7390

 

Malarz --    11cv8803sum1.p...
Complaint -- As...