# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 11-cv-8803 |
| MARCIN MALARZ and JACEK SIENKIEWICZ, | ) ) ) ) | Hon. Ruben Castillo |
| Defendants. | ) ) ) | |

### SECURITIES AND EXCHANGE COMMISSION'S
### MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT MALARZ

Pursuant to Federal Rule 55(b), the Securities and Exchange Commission respectfully moves for the entry of a default judgment against defendant Marcin Malarz. Malarz was served with process in Poland under the Hague Convention (*see* Dckt. No. 18), and served by email with the prior approval of the Court (*see* Dckt. No. 24), but he has not filed a response to the Complaint. This Court recently granted the SEC's motion for entry of default against Malarz. *See* Dckt. No. 27. Malarz still has not responded.

For the foregoing reasons, and for the reasons more fully explained in the accompanying Brief in Support, the SEC respectfully moves this Court to (1) enter final judgment against defendant Malarz; (2) order him to pay disgorgement, prejudgment interest, and a civil penalty; and (3) enjoin him from future violations of the federal securities laws.

Dated:  September 11, 2013  Respectfully submitted,

<div style="margin-left: 40%;">

s/ Steven C. Seeger
Steven C. Seeger (seegers@sec.gov)
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone:  (312) 353-7390
Facsimile:  (312) 353-7398

*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*

</div>

**Certificate of Service**

I hereby certify that on September 11, 2013, I served a copy of the (1) Notice of Motion; (2) Plaintiff Securities and Exchange Commission's Motion for Entry of Judgment Against Defendant Malarz; (3) Plaintiff Securities and Exchange Commission's Brief in Support of its Motion for Entry of Judgment Against Defendant Malarz; and (4) the proposed Final Judgment upon the defendants by sending a copy by U.S. Mail or by email (as indicated below) to their current or last-known addresses:

Jacek Sienkiewicz (by U.S. Mail and email)
Ul. Kromera 4/18
38-300
Gorlice, POLAND

Marcin Malarz (by email)

        s/ Steven C. Seeger
        Steven C. Seeger (seegers@sec.gov)
        U.S. Securities and Exchange Commission
        175 West Jackson Boulevard, Suite 900
        Chicago, Illinois 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398